The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$119,031 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST;<br><br>$27,161 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST; and<br><br>$21,180 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST,<br><br>Defendants. | CASE NO. CV23-5444-BHS<br><br>**STIPULATED MOTION TO STAY CIVIL FORFEITURE PROCEEDING**<br><br>NOTE ON MOTION CALENDAR:<br>July 13, 2023 |

I.    **INTRODUCTION AND RELIEF REQUESTED**

The United States and Third-Party Claimant Emmanuel Hunter, by and through their respective undersigned counsel, respectfully and jointly move, pursuant to 18 U.S.C. § 981(g), to stay this civil forfeiture proceeding pending resolution at the trial court level of the related criminal case, *United States v. Hunter*, CR22-5345-DGE (the "Related Criminal Case"), currently before Chief Judge David G. Estudillo.

ORDER GRANTING STIPULATED MOTION TO STAY - 1
*United States v. $119,031 in U.S. Currency,*
*and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II. FACTUAL AND PROCEDURAL BACKGROUND

On or about November 16, 2022, law enforcement executed warrants to search for and seize evidence of drug trafficking (the "Warrants"). *See* Western District of Washington Case Numbers MJ22-5248-01, -02, and -03. Specifically, the Warrants authorized searches of:

    a.    429 2nd Ave. W, Apartment 601, Seattle, Washington;

    b.    7630 180th St. E, Puyallup, Washington; and

    c.    Claimant Hunter's person.

Law enforcement seized the above-captioned property ("Subject Currency") during execution of the Warrants.

On December 14, 2022, a grand jury returned a nine-count indictment against Claimant Hunter alleging certain drug distribution, drug possession, and firearm possession offenses.

After the Subject Currency was seized, the United States Drug Enforcement Administration (DEA) initiated administrative forfeiture proceedings against it. In the administrative process, DEA received Claimant Hunter's claim to the Subject Currency. DEA referred Hunter's claim to the United States Attorney's Office for judicial resolution. On May 15, 2023, the United States identified the Subject Currency as property that may be forfeitable in the event Claimant Hunter is convicted of one or more charges in the Related Criminal Case. *See United States v. Hunter*, CR22-5345-DGE, Dkt. No. 28.

Separately on May 15, 2023, the United States commenced this civil forfeiture proceeding against the Subject Currency, alleging that it is subject to forfeiture under 21 U.S.C. § 881(a)(6) as proceeds from the sale of controlled substances. The United States gave notice of the commencement of this forfeiture proceeding to persons and entities believed to have an interest in the Subject Currency, including Claimant Hunter.

ORDER GRANTING STIPULATED MOTION TO STAY - 2
*United States v. $119,031 in U.S. Currency, and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On or about June 23, 2023, Claimant Hunter filed a claim to the Subject Currency. Dkt. Nos. 6–8. No other parties have come forward to assert a claim to the Subject Currency.

Counsel for the United States and Claimant Hunter have consulted with each other. By jointly filing this stipulated motion, the United States and Claimant Hunter do not waive any rights, objections, claims, or defenses they have with respect to this civil forfeiture proceeding.

### III. AUTHORITY AND ARGUMENT

**A. Proceeding with this Civil Forfeiture Case Will Impair the Parties' Abilities to Litigate the Related Criminal Case**

The United States and Claimant Hunter jointly ask the Court to stay this civil forfeiture case pursuant to 18 U.S.C. § 981(g) as proceeding with this case will likely impair the parties' respective abilities to litigate the Related Criminal Case currently pending before Chief Judge Estudillo. Section 981(g)(1) states: "Upon motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case." The United States asserts, and Claimant Hunter does not contest, that civil discovery in this case will adversely affect the prosecution of the Related Criminal Case.

Section 981(g)(2) similarly states: "Upon motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that – (A) the claimant is the subject of a related criminal investigation or case; (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case." Claimant Hunter is a defendant in the Related Criminal Case. The United States sent notice of this civil forfeiture proceeding to Claimant Hunter and does not dispute his standing to assert a claim. Finally, Claimant

ORDER GRANTING STIPULATED MOTION TO STAY - 3
*United States v. $119,031 in U.S. Currency, and Any Accrued Interest, et al.*; CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Hunter asserts, and the United States does not contest, that continuation of this civil forfeiture proceeding will burden Claimant Hunter's right against self-incrimination in the Related Criminal Case.

Section 981(g)(3) contemplates the possibility of a protective order limiting discovery in lieu of a stay. The United States and Claimant Hunter further stipulate, however, that a protective order would be insufficient to protect each party's interests without unfairly limiting the ability of the opposing party to pursue this civil case.

**B.   Extension of the Period to File a Claim for Other Potential Third-Party Claimants Is Appropriate**

If the Court should enter the proposed Order staying this civil forfeiture proceeding, and as it concerns the persons and entities to whom the United States has already provided direct notice of this proceeding, *see* Dkt. No. 3, and interested parties not listed on the Notice of Complaint, *id.*, the parties respectfully request that the Court grant those persons and entities an additional 35 days, from the date the Court lifts the proposed stay, to file a claim in this proceeding.

### IV.   CONCLUSION

For the reasons above, the parties respectfully request that the Court enter an order staying this civil forfeiture proceeding until the conclusion of the Related Criminal Case at the trial court level and extending the period to file a claim for those interested parties who have received notice of this proceeding for an additional 35 days from the date the Court lifts the stay. The parties agree that the time for Claimant Hunter to file an answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture shall be tolled pending the Court's resolution of this motion. The parties further recommend that in the event the stay remains in effect, the Court require the parties to submit a status report within six months of the entry of the Court's Order granting a stay.

//

ORDER GRANTING STIPULATED MOTION TO STAY - 4
*United States v. $119,031 in U.S. Currency, and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  A proposed order is submitted herewith.

2  DATED this 13th day of July, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

  s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242
Fax: 206-553-6934
Email: Jehiel.Baer@usdoj.gov
*Counsel for the United States*

  s/Joanna Martin
JOANNA MARTIN
Assistant Federal Public Defender
Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Fax: (253) 593-6714
Joanna_Martin@fd.org
*Counsel for Claimant Emmanuel Hunter*
*\* Permission to e-sign and e-file obtained via email on July 12, 2023.*

  s/Richard L. Pope, JR.
RICHARD L. POPE, JR.
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008
Tel: (425) 829-5305
Fax: (425) 526-5714
E-Mail: rp98007@gmail.com
*Counsel for Claimant Emmanuel Hunter*
*\* Permission to e-sign and e-file obtained via email on July 12, 2023.*

ORDER GRANTING STIPULATED MOTION TO STAY - 5
*United States v. $119,031 in U.S. Currency, and Any Accrued Interest, et al.*; CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

I hereby further certify that on July 13, 2023, I provided direct notice of the foregoing, via U.S. Postal Service Priority Mail, to the following individuals, to whom the United States provided direct notice of the Verified Complaint for Forfeiture *in Rem*, at the addresses listed below:

Emmanuel Hunter
c/o Joanna Martin
Federal Public Defender's Office
1331 Broadway, Suite 400
Tacoma, Washington 98402

Emmanuel Hunter
c/o Richard L. Pope, Jr.
Lake Hills Legal Services, P.C.
15600 N.E. 8th Street, Suite B1-358
Bellevue, Washington 98008

Off the Clock LLC
Tristan White, Registered Agent
4126 149th Place SE
Bellevue, WA 98006-1653

Off the Clock LLC
302 Parkridge Lane
Bellevue, WA 98004-6716

Offtheclock LLC
Emmanuel Hunter, Registered Agent
c/o Richard L. Pope, Jr.
Lake Hills Legal Services PC
15600 NE 8th Street, Suite B1-358
Bellevue, WA 98008-3958

ORDER GRANTING STIPULATED MOTION TO STAY - 6
*United States v. $119,031 in U.S. Currency, and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | Offtheclock LLC |
| | Emmanuel Hunter, Registered Agent |
| 2 | c/o Joanna Martin |
| | Federal Public Defender's Office |
| 3 | 1331 Broadway, Suite 400 |
| 4 | Tacoma, WA 98402 |
| | |
| 5 | Offtheclock LLC |
| | 3970 W. Lake Sammamish Pkwy NE |
| 6 | Redmond, WA 98052-5836 |
| 7 | |
| | Klean Carz LLC |
| 8 | Raven Hilliard, Registered Agent |
| | 32816 42nd Ave. SW |
| 9 | Federal Way, WA 98023-2624 |
| 10 | |
| | Klean Carz LLC |
| 11 | 13323 Lake City Way NE |
| 12 | Seattle, WA 98125-4430 |
| 13 | C▮▮▮ C▮▮▮▮▮ |
| 14 | ▮▮▮▮▮▮▮▮▮▮ |
| | Seattle, WA 98104 |
| 15 | |
| | C▮▮▮ C▮▮▮▮▮ |
| 16 | ▮▮▮▮▮▮▮▮▮▮ |
| 17 | Seattle, WA 98115 |

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO STAY - 7
*United States v. $119,031 in U.S. Currency,*
*and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $119,031 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST; <br><br> $27,161 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST; and <br><br> $21,180 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST, <br><br> Defendants. | CASE NO. CV23-5444-BHS <br><br> **ORDER GRANTING STIPULATED MOTION TO STAY CIVIL FORFEITURE PROCEEDING** |

THIS MATTER having come before the Court on a stipulated motion of the United States and Claimant Emmanuel Hunter, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), to stay this proceeding pending completion of a related criminal case, and the Court having considered the matter and good cause appearing therefore;

IT IS HEREBY ORDERED that the parties' stipulated motion to stay this proceeding pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) is GRANTED, and this matter

ORDER GRANTING STIPULATED MOTION TO STAY - 1
*United States v. $119,031 in U.S. Currency,
and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  is hereby stayed pending resolution at the trial court level of the related criminal case,
2  *United States v. Hunter*, CR22-5345-DGE, or until further order of the Court.
3       IT IS FURTHER ORDERED that the time for Claimant Hunter to file an answer
4  or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the
5  Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture is tolled
6  from the date of the filing of the Stipulated Motion to Stay Civil Forfeiture Case through
7  the date of the entry of this Order.
8       IT IS FURTHER ORDERED that any party may request a lifting of the stay at any
9  time pursuant to a written motion.
10      IT IS FURTHER ORDERED that the persons and entities to whom the United
11 States provided direct notice of this proceeding, and interested parties who did not
12 receive direct notice, shall have an additional 35 days, from the date the Court lifts the
13 proposed stay, to file a claim in this proceeding.
14      IT IS FURTHER ORDERED that, in the event the related criminal case has not
15 been completed, the parties shall file a status report within six months of entry of this
16 Order.
17      DATED this 13th day of July, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242
Email: Jehiel.Baer@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO STAY - 2
*United States v. $119,031 in U.S. Currency,
and Any Accrued Interest, et al.*; CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970