The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV23-5444-DGE |
|         Plaintiff, | |
|         v. | |
| $119,031 IN UNITED STATES CURRENCY, AND ANY ACCRUED INTEREST, *et al.*, | **ORDER GRANTING STIPULATED MOTION TO LIFT STAY OF CIVIL FORFEITURE PROCEEDING** |
|         Defendants, | |
| and | |
| EMMANUEL HUNTER, | |
|         Third-Party Claimant. | |

THIS MATTER having come before the Court on a stipulated motion of the United States and Third-Party Claimant Emmanuel Hunter, pursuant to 18 U.S.C. § 981(g), to lift the stay of this proceeding pending, and the Court having considered the matter and good cause appearing therefore;

IT IS HEREBY ORDERED that the United States' and Claimant Hunter's stipulated motion to lift the stay of this proceeding pursuant to 18 U.S.C. §§ 981(g) is

ORDER GRANTING MOTION TO LIFT STAY - 1
*United States v. $119,031 in U.S. Currency,*
*and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

GRANTED, and the stay of this matter previously ordered by the Court on July 13, 2023, Dkt. No. 12, is hereby lifted.

IT IS FURTHER ORDERED that the time for Claimant Hunter to file an answer or other responsive pleading to the Complaint pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture shall continue from the date of entry of this this Order.

IT IS FURTHER ORDERED that the persons and entities to whom the United States provided direct notice of this proceeding, and interested parties who did not receive direct notice, shall have an additional 35 days from the date of entry of this Order to file a claim in this proceeding.

DATED this 16th day of September 2024.

_____
HON. DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2242
Email: Jehiel.Baer@usdoj.gov


 *s/ Lance Hester*
LANCE HESTER
1008 South Yakima Avenue
Suite 302
Tacoma, WA 98405
Phone: (253) 300-3034

ORDER GRANTING MOTION TO LIFT STAY - 2
*United States v. $119,031 in U.S. Currency,*
*and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Email: lance@hesterlawgroup.com
     *Counsel for Third-Party Claimant Emmanuel Hunter*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION TO LIFT STAY - 3
*United States v. $119,031 in U.S. Currency,*
*and Any Accrued Interest, et al.;* CV23-5444

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970